UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| BRANDON H. CORBETT, individually, and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>vs.<br><br><br>MEDICAL SOCIETY BUSINESS SERVICES, INC.<br><br>     Defendant. | Case No.: CV17-0394-PHX DGC<br><br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The Court has considered the Parties' Joint Stipulation of Dismissal.  Doc. 27.

**IT IS ORDERED** that the stipulation of dismissal (Doc. 27) is **granted.**  This case is dismissed with prejudice, each party to bear its own costs and attorneys' fees pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated this 31st day of August, 2017.

_____
David G. Campbell
United States District Judge